IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIGNANT HEALTH HOLDING CORP., SIGNANT HEALTH LLC, SIGNANT HEALTH GLOBAL LLC, and SIGNANT HEALTH GLOBAL SOLUTIONS LIMITED<br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>DANIEL DEBONIS,<br>HA63 LLC,<br>EMA WELLNESS, and<br>NATHAN BLUBAUGH,<br>　　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  24-709 |

**O R D E R**

**AND NOW**, this 18th day of June, 2024, upon consideration of Plaintiffs' Renewed Motion for Preliminary Injunction (the "Renewed Motion") (ECF No. 54), memorandum of law in support thereof and exhibits thereto (ECF No. 55), and Defendants' Opposition to Plaintiffs' Renewed Motion for Preliminary Injunction (ECF Nos. 45, 56), it is **ORDERED** that the Motion is **DENIED**.

It is further **ORDERED** that Plaintiffs' First Motion for Preliminary Injunction (ECF Nos. 28, 29) is **DENIED AS MOOT** in light of the filing of Plaintiffs' Amended Complaint (ECF No. 34) and the Renewed Motion.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**