IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SIGNANT HEALTH HOLDING CORP., SIGNANT HEALTH LLC, SIGNANT HEALTH GLOBAL LLC, and SIGNANT HEALTH GLOBAL SOLUTIONS LIMITED** <br>   Plaintiff, <br><br> v. <br><br> **DANIEL DEBONIS, HA63 LLC, and EMA WELLNESS,** <br>   Defendants. | CIVIL ACTION <br><br> NO. 24-709 |

# O R D E R

**AND NOW**, this 27th day of June, 2025, upon consideration of Defendant EMA Wellness's ("EMA") Motion to Dismiss ("EMA's Motion") (ECF No. 40) the First Amended Complaint ("FAC") (ECF No. 34) of Plaintiffs Signant Health Holding Corp., Signant Health LLC, Signant Health Global LLC, and Signant Health Global Solutions Limited (collectively "Signant"); Defendants Daniel DeBonis ("DeBonis") and HA63 LLC's ("HA63") Partial Motion to Dismiss Breach of Contract and Trade Secret Claims ("DeBonis' Motion") (ECF No. 41); and Signant's Response in Opposition to both Motions (ECF Nos. 49, 50), **IT IS ORDERED** that:

- EMA's Motion is **DENIED**; and
- DeBonis' Motion is **GRANTED AS TO COUNT III** and **DENIED AS TO COUNTS I and II**.

BY THE COURT:

/s/ Kelley B. Hodge
_____
**HODGE, KELLEY B., J.**